UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE

| | | |
|---|---|---|
| TOKYO OHKA KOGYO AMERICA, INC. | : | |
| Plaintiff, | : | |
| | : | Court No. 13-00214 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.      The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summonses.

2.      The imported merchandise covered by the entries set forth on Schedule A, attached, consists of photoresists identified on the commercial invoices by the alpha numeric item numbers enumerated on Schedule B.

3.      The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as described as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations...: Other: Chemical preparations for photographic uses: Other," under subheading 3707.90.32 HTSUS at 6.5% ad valorem.

4.      The stipulable imported merchandise is classifiable as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations)...: Sensitizing emulsions," under subheading 3707.10.00, HTSUS, at the rate of 3% ad valorem.

*Tokyo Kogyo Ohka America Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 13-00214

5.    The imported merchandise covered by the entries set forth on the attached

schedule is stipulable in accordance with this agreement, except for the photoresists identified by

an asterisk at the bottom of Schedule B.

6.    Any refunds payable by reason of this judgment are to be paid with any interest

provided for by law.

7.    All other claims and non-stipulated entries marked with an asterisk are

abandoned.

8.    Each party will bear its own costs and attorney's fees.

Respectfully submitted,

GEORGE R. TUTTLE,
A Professional Corporation
1100 Larkspur Landing Circle, Suite 385
Larkspur, California 94939
George.tuttle.sr@tuttlelaw.com
Tel.: (415) 986-8780

Date: _8/29/19_    By: _____

George R. Tuttle
Attorneys for Plaintiff
Tokyo Ohka Kogyo America, Inc.

JOSEPH H. HUNT
Assistant Attorney General

Date: _8/30/19_    By: _____

JUSTIN R. MILLER
Attorney in Charge
International Trade Field Office

Date: _8/30/19_    By: _____

EDWARD F. KENNY
Trial Attorney
Civil Division, Dept. of Justice
Commercial Litigation branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel.: (212) 264-0480
Attorneys for Defendant

{0151206.DOC.2}

*Tokyo Kogyo Ohka America Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 13-00214

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be

entered by the Clerk of this Court. The entries identified in Schedule A are to be forwarded to

the Port of San Francisco for U.S. Customs and Border Protection for reliquidation in accordance

with paragraphs 4 and 5 above.


Date: _____September 3, 2019_____          _____/s/  Timothy C. Stanceu_____
                                            THE HONORABLE TIMOTHY C. STANCEU,
                                            CHIEF JUDGE

**The Honorable Timothy C. Stanceu, Chief Judge**
**Court No.: 13-00214**
**Plaintiff: Tokyo Ohka Kogyo America, Inc.**
**Port Name: San Francisco, CA**
**Dated: 5/22/2013**

## Schedule A

| Protest No | Protest Denial Date | Date | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2809-12-100632 | 11/02/12 | 11/28/12 | | | |
| | | | EE6-8140745-2 | 6/29/2011 | 5/11/2012 |
| | | | EE6-8140746-0 | 6/29/2011 | 5/11/2012 |
| | | | EE6-8140989-6 | 7/6/2011 | 5/18/2012 |
| | | | EE6-8140994-6 | 7/6/2011 | 5/18/2012 |
| | | | EE6-8141300-5 | 7/13/2011 | 5/25/2012 |
| | | | EE6-8141302-1 | 7/13/2011 | 5/25/2012 |
| | | | EE6-8141521-6 | 7/20/2011 | 6/1/2012 |
| | | | EE6-8141523-2 | 7/20/2011 | 6/1/2012 |
| | | | EE6-8141827-7 | 7/27/2011 | 6/8/2012 |
| | | | EE6-8141857-4 | 7/27/2011 | 6/8/2012 |
| | | | EE6-8142121-4 | 8/3/2011 | 6/15/2012 |
| | | | EE6-8142134-7 | 8/3/2011 | 6/15/2012 |
| | | | EE6-8142426-7 | 8/10/2011 | 6/22/2012 |
| | | | EE6-8142428-3 | 8/10/2011 | 6/22/2012 |
| | | | EE6-8142901-9 | 8/24/2011 | 7/6/2012 |
| | | | EE6-8142904-3 | 8/24/2011 | 7/6/2012 |
| | | | EE6-8143200-5 | 8/31/2011 | 7/13/2012 |
| | | | EE6-8143204-7 | 8/31/2011 | 7/13/2012 |
| | | | EE6-8143468-8 | 9/7/2011 | 7/20/2012 |
| | | | EE6-8143488-6 | 9/7/2011 | 7/20/2012 |
| | | | EE6-8143722-8 | 9/14/2011 | 7/27/2012 |
| | | | EE6-8143723-6 | 9/14/2011 | 7/27/2012 |
| | | | EE6-8143953-9 | 9/21/2011 | 8/3/2012 |
| | | | EE6-8143956-2 | 9/22/2011 | 8/3/2012 |
| | | | EE6-8144012-3 | 9/22/2011 | 8/3/2012 |
| | | | EE6-8144204-6 | 9/28/2011 | 8/10/2012 |
| | | | EE6-8144233-5 | 9/28/2011 | 8/10/2012 |
| | | | EE6-8144310-1 | 9/30/2011 | 8/10/2012 |

Page 1 of 1

**Court No 13-00214**
**Schedule B**
**Sorted by Entry Date**

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | **Entry No** | **Entry Date** | **Description** |
| 2 | | EE6-8140745-2 | 6/29/2011 | EUVR-P |
| 3 | | EE6-8140745-2 | 6/29/2011 | EUVR-P1514 PH |
| 4 | | EE6-8140745-2 | 6/29/2011 | TArF-MTIL |
| 5 | | EE6-8140745-2 | 6/29/2011 | TARF-P5070 ME 2.3CP |
| 6 | | EE6-8140745-2 | 6/29/2011 | TARF-P6226 ME 1.6CP |
| 7 | | EE6-8140745-2 | 6/29/2011 | TDMR-AR5300 HP |
| 8 | | EE6-8140745-2 | 6/29/2011 | TDMR-AR87 LB 25CP |
| 9 | | EE6-8140745-2 | 6/29/2011 | TDUR-N777 EM 8CP |
| 10 | | EE6-8140745-2 | 6/29/2011 | TDUR-P5107 EL 5.6CP |
| 11 | | EE6-8140745-2 | 6/29/2011 | TDUR-P628 EL 25CP |
| 12 | | EE6-8140745-2 | 6/29/2011 | TDUR-P7117 EL 14CP |
| 13 | | EE6-8140745-2 | 6/29/2011 | TDUR-P7117 EL 8CP |
| 14 | | EE6-8140745-2 | 6/29/2011 | TGMR-DP011 AE 80CP |
| 15 | | EE6-8140745-2 | 6/29/2011 | THMR-IP3500 HP 5CP |
| 16 | | EE6-8140746-0 | 6/29/2011 | TDMR-AR65 HP 11CP |
| 17 | | EE6-8140746-0 | 6/29/2011 | TDUR-P3435 LP 3.1CP |
| 18 | | EE6-8140746-0 | 6/29/2011 | TDUR-P3435 LP 4.1CP |
| 19 | | EE6-8140746-0 | 6/29/2011 | TSCR-110I15LB 17CP |
| 20 | | EE6-8140989-6 | 7/6/2011 | TDMR-AR87 LB 30CP |
| 21 | | EE6-8140989-6 | 7/6/2011 | THMR-IN PS4 MG 2.5CP |
| 22 | | EE6-8140989-6 | 7/6/2011 | THMR-IP2000 EP 15CP |
| 23 | | EE6-8140989-6 | 7/6/2011 | TSMR-CR50I15 EP 30CP |
| 24 | | EE6-8140989-6 | 7/6/2011 | TSMR-IN032 MG 8.5CP |
| 25 | | EE6-8140994-6 | 7/6/2011 | TArF-6a-1053 PH |
| 26 | | EE6-8140994-6 | 7/6/2011 | TARF-P16-133 ME 1.4CP |
| 27 | | EE6-8140994-6 | 7/6/2011 | TARF-P16-133 ME 1.4CP |
| 28 | | EE6-8140994-6 | 7/6/2011 | TARF-P6100 EM 4.2CP |
| 29 | | EE6-8140994-6 | 7/6/2011 | TARF-P6707A ME 1.49CP |
| 30 | | EE6-8140994-6 | 7/6/2011 | TDUR-N720 ME 2CP |
| 31 | | EE6-8140994-6 | 7/6/2011 | TDUR-P628 EL 25CP |
| 32 | | EE6-8140994-6 | 7/6/2011 | TDUR-P722D35 EL 5.3CP |
| 33 | | EE6-8140994-6 | 7/6/2011 | TDUR-PEX3 PM 7CP |
| 34 | | EE6-8140994-6 | 7/6/2011 | TGMR-DP011 AE 47CP |
| 35 | | EE6-8140994-6 | 7/6/2011 | TGMR-DP011 AE 80CP |
| 36 | | EE6-8140994-6 | 7/6/2011 | THMR-IP5700 HP 100CP |
| 37 | | EE6-8140994-6 | 7/6/2011 | TSMR-IN032 MG 8.5CP |
| 38 | | EE6-8140994-6 | 7/6/2011 | TSMR-IN057 LP 200CP |
| 39 | | EE6-8140994-6 | 7/6/2011 | TSMR-IN057 LP 200CP |
| 40 | * | EE6-8141300-5 | 7/13/2011 | CAUT200 PM |
| 41 | | EE6-8141300-5 | 7/13/2011 | TArF-8a-88 ME |
| 42 | | EE6-8141300-5 | 7/13/2011 | TArF-ITTF-401 |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

Court No 13-00214
Schedule B
Sorted by Entry Date

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | **Entry No** | **Entry Date** | **Description** |
| 43 | | EE6-8141300-5 | 7/13/2011 | TARF-P7052 EM 4CP |
| 44 | | EE6-8141300-5 | 7/13/2011 | TARF-P7144 ME 1.8CP |
| 45 | | EE6-8141300-5 | 7/13/2011 | TARF-P7144 ME 1.8CP |
| 46 | | EE6-8141300-5 | 7/13/2011 | TARF-P9009 LA 21CP |
| 47 | | EE6-8141300-5 | 7/13/2011 | TDUR-P6178 EL 5.2CP |
| 48 | | EE6-8141300-5 | 7/13/2011 | TDUR-P7133M EL 7.2CP |
| 49 | | EE6-8141300-5 | 7/13/2011 | TDUR-P7147 EL 10.1CP |
| 50 | | EE6-8141300-5 | 7/13/2011 | TDUR-P7147 EL 8.1CP |
| 51 | | EE6-8141302-1 | 7/13/2011 | TARF-P16-140 PH 1.50CP |
| 52 | | EE6-8141302-1 | 7/13/2011 | TARF-P16-140 PH 1.50CP |
| 53 | | EE6-8141302-1 | 7/13/2011 | TARF-P16-140 PH 1.50CP |
| 54 | | EE6-8141302-1 | 7/13/2011 | TDMR-AR87 LB 25CP |
| 55 | | EE6-8141302-1 | 7/13/2011 | TDUR-P5107 EL 6CP |
| 56 | | EE6-8141302-1 | 7/13/2011 | TDUR-P5107 EL 8CP |
| 57 | | EE6-8141302-1 | 7/13/2011 | THMR-IP2600 LB 36CP |
| 58 | | EE6-8141302-1 | 7/13/2011 | THMR-IP3600 HP D |
| 59 | | EE6-8141302-1 | 7/13/2011 | THMR-IP3600 HP D2 |
| 60 | | EE6-8141302-1 | 7/13/2011 | THMR-IP5700 HP 14CP |
| 61 | | EE6-8141302-1 | 7/13/2011 | THMR-IP9600 HP 8CP |
| 62 | | EE6-8141521-6 | 7/20/2011 | PMER N-CA3000 PM |
| 63 | | EE6-8141521-6 | 7/20/2011 | TARF-P7052 EM 5.3CP |
| 64 | | EE6-8141521-6 | 7/20/2011 | TARF-P8019 LP 2.4CP |
| 65 | | EE6-8141521-6 | 7/20/2011 | TARF-P8019 LP 2.4CP |
| 66 | | EE6-8141521-6 | 7/20/2011 | TCIR-ZR8690 PB 48CP |
| 67 | | EE6-8141521-6 | 7/20/2011 | TCIR-ZR8690 PB 48CP |
| 68 | | EE6-8141521-6 | 7/20/2011 | TCIR-ZR8690 PB 48CP |
| 69 | | EE6-8141521-6 | 7/20/2011 | TCIR-ZR8690 PB 48CP |
| 70 | | EE6-8141521-6 | 7/20/2011 | TDMR-AR89 LB 14CP |
| 71 | | EE6-8141521-6 | 7/20/2011 | TDUR-P015 PM 9CP |
| 72 | | EE6-8141521-6 | 7/20/2011 | TDUR-P6119 EL 8CP |
| 73 | | EE6-8141521-6 | 7/20/2011 | TDUR-P6119 EL 8CP |
| 74 | | EE6-8141521-6 | 7/20/2011 | TDUR-P628 EL 25CP |
| 75 | | EE6-8141521-6 | 7/20/2011 | THMR-IP3300 LB 5CP |
| 76 | | EE6-8141521-6 | 7/20/2011 | THMR-IP3680 HL 10CP |
| 77 | | EE6-8141521-6 | 7/20/2011 | THMR-IP5700 HP 60CP |
| 78 | | EE6-8141521-6 | 7/20/2011 | THMR-IP9600 HP 4.5CP |
| 79 | | EE6-8141521-6 | 7/20/2011 | TSCR-130I15 HL 5.5CP |
| 80 | | EE6-8141523-2 | 7/20/2011 | DP-6282 ME |
| 81 | | EE6-8141523-2 | 7/20/2011 | EUVR-P5002 PC |
| 82 | * | EE6-8141523-2 | 7/20/2011 | ITKP-812 |
| 83 | | EE6-8141523-2 | 7/20/2011 | TArF-8a-117 PH |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

0155940.XLSX
f31206.pdf

Court No 13-00214
Schedule B
Sorted by Entry Date

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Description |
| 84 | | EE6-8141523-2 | 7/20/2011 | TDMR-AR80 HP 6CP |
| 85 | | EE6-8141523-2 | 7/20/2011 | TDMR-AR89 LB 14CP |
| 86 | | EE6-8141523-2 | 7/20/2011 | TDUR-P015 PM 9CP |
| 87 | | EE6-8141523-2 | 7/20/2011 | TDUR-P501B PM 4CP |
| 88 | | EE6-8141523-2 | 7/20/2011 | TDUR-P6178 EL 5.2CP |
| 89 | | EE6-8141523-2 | 7/20/2011 | TDUR-P7147 EL 10.1CP |
| 90 | | EE6-8141523-2 | 7/20/2011 | TDUR-P7152 EL 17.8CP |
| 91 | | EE6-8141523-2 | 7/20/2011 | TDUR-P7152 EL 17.8CP |
| 92 | | EE6-8141827-7 | 7/27/2011 | EUVR-P |
| 93 | * | EE6-8141827-7 | 7/27/2011 | SEP-301 PC |
| 94 | | EE6-8141827-7 | 7/27/2011 | TARF-P5071 EM 2.9CP |
| 95 | | EE6-8141827-7 | 7/27/2011 | TARF-P6100 EM 3CP |
| 96 | | EE6-8141827-7 | 7/27/2011 | TARF-P6100 EM 4.2CP |
| 97 | | EE6-8141827-7 | 7/27/2011 | TARF-P6100 EM 4.2CP |
| 98 | | EE6-8141827-7 | 7/27/2011 | TARF-P6100 EM 4.2CP |
| 99 | | EE6-8141827-7 | 7/27/2011 | TARF-P6111 ME 1.9CP |
| 100 | | EE6-8141827-7 | 7/27/2011 | TARF-P6239 ME 1.55CP |
| 101 | | EE6-8141827-7 | 7/27/2011 | TARF-P7047 EM 4CP |
| 102 | | EE6-8141827-7 | 7/27/2011 | TARF-P7047 EM 4CP |
| 103 | | EE6-8141827-7 | 7/27/2011 | TARF-P7050 EM 2.8CP |
| 104 | | EE6-8141827-7 | 7/27/2011 | TDMR-AR5300 HP 2CP |
| 105 | | EE6-8141827-7 | 7/27/2011 | TDMR-AR5300 HP 2CP |
| 106 | | EE6-8141827-7 | 7/27/2011 | TDMR-AR5300 HP 2CP |
| 107 | | EE6-8141827-7 | 7/27/2011 | TDMR-AR87 LB 15CP |
| 108 | | EE6-8141827-7 | 7/27/2011 | TDMR-AR87 LB 30CP |
| 109 | | EE6-8141827-7 | 7/27/2011 | TDUR-P6159 EL 22CP |
| 110 | | EE6-8141827-7 | 7/27/2011 | TDUR-P6178 EL 5.2CP |
| 111 | | EE6-8141827-7 | 7/27/2011 | TDUR-P6178F EL 6.8CP |
| 112 | | EE6-8141827-7 | 7/27/2011 | TDUR-P7126 EL 11CP |
| 113 | | EE6-8141827-7 | 7/27/2011 | TDUR-P7126 EL 11CP |
| 114 | | EE6-8141827-7 | 7/27/2011 | TDUR-P7147 EL 8.1CP |
| 115 | | EE6-8141827-7 | 7/27/2011 | TDUR-P722D35 EL 5.3CP |
| 116 | | EE6-8141827-7 | 7/27/2011 | TGMR-DP011 AE 200CP |
| 117 | | EE6-8141827-7 | 7/27/2011 | THMR-IP9650 HP 5CP |
| 118 | | EE6-8141857-4 | 7/27/2011 | TSMR-9250 LB 60CP |
| 119 | * | EE6-8142121-4 | 8/3/2011 | OEBR-CAP130T4 PM 1.8CP |
| 120 | * | EE6-8142121-4 | 8/3/2011 | OEBR-CAP130T4 PM 1.8CP |
| 121 | * | EE6-8142121-4 | 8/3/2011 | SEP |
| 122 | | EE6-8142121-4 | 8/3/2011 | TArF-MTIL |
| 123 | | EE6-8142121-4 | 8/3/2011 | TARF-P |
| 124 | | EE6-8142121-4 | 8/3/2011 | TARF-P16-133 ME 1.4CP |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

0155940.XLSX
Rev Schedule B 13-00214                    3/9
T31206.pdf

Court No 13-00214
Schedule B
Sorted by Entry Date

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Description |
| 125 | | EE6-8142121-4 | 8/3/2011 | TARF-P6111 ME 1.7CP |
| 126 | | EE6-8142121-4 | 8/3/2011 | TARF-P6111 ME 1.7CP |
| 127 | | EE6-8142121-4 | 8/3/2011 | TARF-P6915 ME 1.41CP |
| 128 | | EE6-8142121-4 | 8/3/2011 | TARF-P7052 EM 4CP |
| 129 | | EE6-8142121-4 | 8/3/2011 | TARF-P7070 EM 3CP |
| 130 | | EE6-8142121-4 | 8/3/2011 | TARF-P7497 ME 1.55CP |
| 131 | | EE6-8142121-4 | 8/3/2011 | TARF-P7527 ME 1.39CP |
| 132 | | EE6-8142121-4 | 8/3/2011 | TDMR-AR87 LB 25CP |
| 133 | | EE6-8142121-4 | 8/3/2011 | TDUR-P3435 LP 4.1CP |
| 134 | | EE6-8142121-4 | 8/3/2011 | TDUR-P3435 LP 4.1CP |
| 135 | | EE6-8142121-4 | 8/3/2011 | TDUR-P419 PM 3.7CP |
| 136 | | EE6-8142121-4 | 8/3/2011 | TDUR-P628 EL 25CP |
| 137 | | EE6-8142121-4 | 8/3/2011 | TDUR-P7117 EL 11CP |
| 138 | | EE6-8142121-4 | 8/3/2011 | TDUR-P7152 EL 7.8CP |
| 139 | * | EE6-8142121-4 | 8/3/2011 | TMMR S2000 |
| 140 | | EE6-8142134-7 | 8/3/2011 | THMR-IP9600 HP 8CP |
| 141 | | EE6-8142134-7 | 8/3/2011 | THMR-IP9600 HP 8CP |
| 142 | | EE6-8142134-7 | 8/3/2011 | TSMR-CR50I15 EP 30CP |
| 143 | | EE6-8142134-7 | 8/3/2011 | TSMR-IN008 PM 10CP |
| 144 | | EE6-8142426-7 | 8/10/2011 | OFPR-PR13 PM 80CP |
| 145 | | EE6-8142426-7 | 8/10/2011 | PMER P-CR4000 PM |
| 146 | | EE6-8142426-7 | 8/10/2011 | TArF-6a-1057 PH |
| 147 | | EE6-8142426-7 | 8/10/2011 | TArF-7a |
| 148 | | EE6-8142426-7 | 8/10/2011 | TDMR-AR87 LB 25CP |
| 149 | | EE6-8142426-7 | 8/10/2011 | TDUR-P015 PM 7CP |
| 150 | | EE6-8142426-7 | 8/10/2011 | TDUR-P015 PM 7CP |
| 151 | | EE6-8142426-7 | 8/10/2011 | TDUR-P015 PM 7CP |
| 152 | | EE6-8142426-7 | 8/10/2011 | TDUR-P4167 EM 8CP |
| 153 | | EE6-8142426-7 | 8/10/2011 | TDUR-P501B PM 6CP |
| 154 | | EE6-8142426-7 | 8/10/2011 | TDUR-P5107 EL 5.6CP |
| 155 | | EE6-8142426-7 | 8/10/2011 | TDUR-P802 HP 2.9CP |
| 156 | | EE6-8142426-7 | 8/10/2011 | TDUR-P802 HP 2.9CP |
| 157 | | EE6-8142426-7 | 8/10/2011 | THMR-IP2370 LB 28CP |
| 158 | | EE6-8142426-7 | 8/10/2011 | THMR-IP2370 LB 28CP |
| 159 | | EE6-8142426-7 | 8/10/2011 | TSCR-130I15 HL 5.5CP |
| 160 | | EE6-8142426-7 | 8/10/2011 | TSMR-IN032 MG 8.5CP |
| 161 | | EE6-8142426-7 | 8/10/2011 | TSMR-V50 EL 35CP |
| 162 | | EE6-8142428-3 | 8/10/2011 | EUVR-TS |
| 163 | | EE6-8142428-3 | 8/10/2011 | TArF-ITAI-202 EA |
| 164 | | EE6-8142428-3 | 8/10/2011 | TARF-P16-133 ME 1.4CP |
| 165 | | EE6-8142428-3 | 8/10/2011 | TARF-P16-157 PH 1.50CP |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

**Court No 13-00214**
**Schedule B**
**Sorted by Entry Date**

|   | A | B | C | D |
|---|---|---|---|---|
| 1 |   | Entry No | Entry Date | Description |
| 166 |   | EE6-8142428-3 | 8/10/2011 | TARF-P16-157 PH 1.50CP |
| 167 |   | EE6-8142428-3 | 8/10/2011 | TARF-P16-157 PH 1.50CP |
| 168 |   | EE6-8142428-3 | 8/10/2011 | TARF-P6111 ME 1.9CP |
| 169 |   | EE6-8142428-3 | 8/10/2011 | TARF-P6707A ME 1.49CP |
| 170 |   | EE6-8142428-3 | 8/10/2011 | TARF-P6730 ME 1.42CP |
| 171 |   | EE6-8142428-3 | 8/10/2011 | TARF-P7050 EM 3.2CP |
| 172 |   | EE6-8142428-3 | 8/10/2011 | TARF-P7066 EM 2.6CP |
| 173 |   | EE6-8142428-3 | 8/10/2011 | TARF-P7497 ME 1.55CP |
| 174 |   | EE6-8142428-3 | 8/10/2011 | TARF-P7497 ME 1.55CP |
| 175 |   | EE6-8142428-3 | 8/10/2011 | TARF-P8000S LP 2.1CP |
| 176 |   | EE6-8142428-3 | 8/10/2011 | TARF-P8084 ME |
| 177 |   | EE6-8142428-3 | 8/10/2011 | TArF-PP027 DM |
| 178 |   | EE6-8142428-3 | 8/10/2011 | TArF-TAI-6275 PH |
| 179 |   | EE6-8142428-3 | 8/10/2011 | TDUR-P6137 EL 15.5CP |
| 180 | * | EE6-8142428-3 | 8/10/2011 | TMR-P15M2 PM 2.7CP |
| 181 | * | EE6-8142428-3 | 8/10/2011 | TMR-P15M3 PM 3.8CP |
| 182 |   | EE6-8142428-3 | 8/10/2011 | TSMR-IN022 PM 18CP |
| 183 |   | EE6-8142901-9 | 8/24/2011 | EUVR-P1514 PH |
| 184 |   | EE6-8142901-9 | 8/24/2011 | TArF-MTIL |
| 185 |   | EE6-8142901-9 | 8/24/2011 | TARF-P5071SM EM 2.2CP |
| 186 |   | EE6-8142901-9 | 8/24/2011 | TARF-P6239 ME 1.75CP |
| 187 |   | EE6-8142901-9 | 8/24/2011 | TARF-P7047 EM 4CP |
| 188 |   | EE6-8142901-9 | 8/24/2011 | TDMR-AR5200 HL 3.7CP |
| 189 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P015 PM |
| 190 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P015 PM 9CP |
| 191 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P4167 EM |
| 192 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P6158 EL 16.7CP |
| 193 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P6193 EL 11.8CP |
| 194 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P7133M EL 10.7CP |
| 195 |   | EE6-8142901-9 | 8/24/2011 | TDUR-P722D35 EL 6.5CP |
| 196 |   | EE6-8142901-9 | 8/24/2011 | THMR-IP2690 LB 48CP |
| 197 |   | EE6-8142901-9 | 8/24/2011 | THMR-IP3100HS LB 15CP |
| 198 | * | EE6-8142901-9 | 8/24/2011 | TMMR S2000 |
| 199 | * | EE6-8142901-9 | 8/24/2011 | TMR-P15M1 PM 1.9CP |
| 200 |   | EE6-8142901-9 | 8/24/2011 | TSMR-IN032 MG 8.5CP |
| 201 |   | EE6-8142904-3 | 8/24/2011 | OFPR-800 LB 44CP |
| 202 |   | EE6-8142904-3 | 8/24/2011 | TCIR-ZR8690 PB 48CP |
| 203 |   | EE6-8142904-3 | 8/24/2011 | TCIR-ZR8690 PB 48CP |
| 204 |   | EE6-8142904-3 | 8/24/2011 | TDMR-AR5300 HP 2CP |
| 205 |   | EE6-8142904-3 | 8/24/2011 | TDMR-AR87 LB 30CP |
| 206 |   | EE6-8142904-3 | 8/24/2011 | TDMR-AR87 LB 48CP |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

0155940.XLSX
Rev Schedule B 13-00214
131208.pdf

Court No 13-00214
Schedule B
Sorted by Entry Date

|   | A | B | C | D |
|---|---|---|---|---|
| 1 |   | Entry No | Entry Date | Description |
| 207 |   | EE6-8142904-3 | 8/24/2011 | TDMR-AR87 LB 48CP |
| 208 |   | EE6-8142904-3 | 8/24/2011 | THMR-IP9650 HP 5CP |
| 209 |   | EE6-8142904-3 | 8/24/2011 | TSMR-9250 LB 60CP |
| 210 |   | EE6-8142904-3 | 8/24/2011 | TSMR-IN008 D2 PM 4CP |
| 211 |   | EE6-8142904-3 | 8/24/2011 | TSMR-IN009 PM 30CP |
| 212 |   | EE6-8142904-3 | 8/24/2011 | TSMR-IN029 PM 30CP |
| 213 |   | EE6-8142904-3 | 8/24/2011 | TSMR-V50 EL 35CP |
| 214 |   | EE6-8143200-5 | 8/31/2011 | TArF-6a-1026 PH |
| 215 |   | EE6-8143200-5 | 8/31/2011 | TArF-7a |
| 216 |   | EE6-8143200-5 | 8/31/2011 | TArF-8a |
| 217 |   | EE6-8143200-5 | 8/31/2011 | TARF-P16-144 ME 1.41CP |
| 218 |   | EE6-8143200-5 | 8/31/2011 | TARF-P6100 EM 3.4CP |
| 219 |   | EE6-8143200-5 | 8/31/2011 | TARF-P6100 EM 4.2CP |
| 220 |   | EE6-8143200-5 | 8/31/2011 | TARF-P6226 ME 1.6CP |
| 221 |   | EE6-8143200-5 | 8/31/2011 | TARF-P6707A ME 1.49CP |
| 222 |   | EE6-8143200-5 | 8/31/2011 | TARF-P7050 EM 2.8CP |
| 223 |   | EE6-8143200-5 | 8/31/2011 | TARF-P7144 ME 1.8CP |
| 224 |   | EE6-8143200-5 | 8/31/2011 | TARF-P7527 ME 1.39CP |
| 225 |   | EE6-8143200-5 | 8/31/2011 | TARF-P9009 LA 21CP |
| 226 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P603B PM 9CP |
| 227 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P6137 EL 6.7CP |
| 228 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P6178F EL 11.4CP |
| 229 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P6193 EL 11.8CP |
| 230 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P628 EL 25CP |
| 231 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P7152 EL 7.8CP |
| 232 |   | EE6-8143200-5 | 8/31/2011 | TDUR-P722D35 EL 5.3CP |
| 233 |   | EE6-8143200-5 | 8/31/2011 | THMR-IP3680 HL 10CP |
| 234 |   | EE6-8143200-5 | 8/31/2011 | THMR-IP5700 HP 60CP |
| 235 |   | EE6-8143200-5 | 8/31/2011 | THMR-IP9600 HP 4.5CP |
| 236 |   | EE6-8143200-5 | 8/31/2011 | TSMR-IN057 LP 200CP |
| 237 |   | EE6-8143204-7 | 8/31/2011 | TDMR-AR87 LB 15CP |
| 238 |   | EE6-8143204-7 | 8/31/2011 | TSMR-V90 LB 19CP |
| 239 |   | EE6-8143468-8 | 9/7/2011 | EUVR-P |
| 240 | * | EE6-8143468-8 | 9/7/2011 | SEP |
| 241 |   | EE6-8143468-8 | 9/7/2011 | TArF-IT-LIB-01 PH |
| 242 |   | EE6-8143468-8 | 9/7/2011 | TARF-P7052 EM 4CP |
| 243 |   | EE6-8143468-8 | 9/7/2011 | TARF-P7052 EM 5.3CP |
| 244 |   | EE6-8143468-8 | 9/7/2011 | TARF-P7066 EM 2.6CP |
| 245 |   | EE6-8143468-8 | 9/7/2011 | TARF-P9009 LA 21CP |
| 246 |   | EE6-8143468-8 | 9/7/2011 | TCIR-ZR8800 PB 130CP |
| 247 |   | EE6-8143468-8 | 9/7/2011 | TCIR-ZR8800 PB 96CP |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

Court No 13-00214
Schedule B
Sorted by Entry Date

|  | A | B | C | D |
|---|---|---|---|---|
| 1 |  | **Entry No** | **Entry Date** | **Description** |
| 248 |  | EE6-8143468-8 | 9/7/2011 | TDMR-AR5200 HL 3.7CP |
| 249 |  | EE6-8143468-8 | 9/7/2011 | TDUR-P628 EL 19CP |
| 250 |  | EE6-8143468-8 | 9/7/2011 | TDUR-P632 EL |
| 251 |  | EE6-8143468-8 | 9/7/2011 | TDUR-P722D35 EL 6.5CP |
| 252 |  | EE6-8143488-6 | 9/7/2011 | PMER P-CT700 XP |
| 253 |  | EE6-8143488-6 | 9/7/2011 | PMER P-WB450 PM |
| 254 |  | EE6-8143488-6 | 9/7/2011 | TDUR-P015 PM 7CP |
| 255 |  | EE6-8143488-6 | 9/7/2011 | TDUR-P419 PM 3.7CP |
| 256 |  | EE6-8143488-6 | 9/7/2011 | TDUR-P419 PM 3.7CP |
| 257 |  | EE6-8143488-6 | 9/7/2011 | TDUR-P6119 EL 8CP |
| 258 |  | EE6-8143488-6 | 9/7/2011 | TDUR-P6158 EL 13.5CP |
| 259 |  | EE6-8143488-6 | 9/7/2011 | TDUR-P628 EL 25CP |
| 260 |  | EE6-8143488-6 | 9/7/2011 | THMR-IP2000 EP 15CP |
| 261 | * | EE6-8143488-6 | 9/7/2011 | TMMR P-W1000T PM |
| 262 |  | EE6-8143488-6 | 9/7/2011 | TSMR-IN032 MG 8.5CP |
| 263 |  | EE6-8143722-8 | 9/14/2011 | DP-6291 ME |
| 264 |  | EE6-8143722-8 | 9/14/2011 | EUVR-P |
| 265 |  | EE6-8143722-8 | 9/14/2011 | EUVR-TS029 PC |
| 266 |  | EE6-8143722-8 | 9/14/2011 | EUVR-TS030 PC |
| 267 |  | EE6-8143722-8 | 9/14/2011 | TArF-6a-1066 PH |
| 268 |  | EE6-8143722-8 | 9/14/2011 | TArF-6a-1067 PH |
| 269 |  | EE6-8143722-8 | 9/14/2011 | TArF-8a-125 ME |
| 270 |  | EE6-8143722-8 | 9/14/2011 | TARF-P16-133 ME 1.4CP |
| 271 |  | EE6-8143722-8 | 9/14/2011 | TARF-P16-133 ME 1.4CP |
| 272 |  | EE6-8143722-8 | 9/14/2011 | TARF-P16-133 ME 1.4CP |
| 273 |  | EE6-8143722-8 | 9/14/2011 | TARF-P16-250 PH 1.50CP |
| 274 |  | EE6-8143722-8 | 9/14/2011 | TARF-P16-250 PH 1.50CP |
| 275 |  | EE6-8143722-8 | 9/14/2011 | TARF-P16-250 PH 1.50CP |
| 276 |  | EE6-8143722-8 | 9/14/2011 | TARF-P6226 ME 1.6CP |
| 277 |  | EE6-8143722-8 | 9/14/2011 | TARF-P7050 EM 2.5CP |
| 278 |  | EE6-8143722-8 | 9/14/2011 | TARF-P8000S LP 2.1CP |
| 279 |  | EE6-8143722-8 | 9/14/2011 | TDUR-P015 PM 8CP |
| 280 |  | EE6-8143722-8 | 9/14/2011 | TDUR-P3435 LP 4.1CP |
| 281 |  | EE6-8143722-8 | 9/14/2011 | TDUR-P4167 EM 8CP |
| 282 |  | EE6-8143722-8 | 9/14/2011 | TDUR-P5123 EL 8CP |
| 283 |  | EE6-8143722-8 | 9/14/2011 | TDUR-P628 EL 25CP |
| 284 |  | EE6-8143722-8 | 9/14/2011 | TDUR-PEX3 PM 7CP |
| 285 | * | EE6-8143722-8 | 9/14/2011 | TMMR S2000 240CP |
| 286 |  | EE6-8143723-6 | 9/14/2011 | TDMR-AR87 LB 25CP |
| 287 |  | EE6-8143723-6 | 9/14/2011 | THMR-IP9600 HP 8CP |
| 288 |  | EE6-8143723-6 | 9/14/2011 | TSMR-9250 LB 60CP |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

0155940.XLSX
Rev Schedule B 13-00214                    7/9
151206.pdf

Court No 13-00214
Schedule B
Sorted by Entry Date

|  | A | B | C | D |
|---|---|---|---|---|
| 1 |  | Entry No | Entry Date | Description |
| 289 |  | EE6-8143723-6 | 9/14/2011 | TSMR-IN022 PM 18CP |
| 290 |  | EE6-8143723-6 | 9/14/2011 | TSMR-IN027 PM 3.5CP |
| 291 |  | EE6-8143723-6 | 9/14/2011 | TSMR-V90 LB 15CP |
| 292 |  | EE6-8143723-6 | 9/14/2011 | TSMR-V90 LB 15CP |
| 293 |  | EE6-8143953-9 | 9/21/2011 | OFPR-PR13 PM 80CP |
| 294 |  | EE6-8143953-9 | 9/21/2011 | TARF-P5070 ME 2.3CP |
| 295 |  | EE6-8143953-9 | 9/21/2011 | TARF-P5071 EM 4.8CP |
| 296 |  | EE6-8143953-9 | 9/21/2011 | TARF-P6100 EM 3.4CP |
| 297 |  | EE6-8143953-9 | 9/21/2011 | TARF-P6100 EM 4.2CP |
| 298 |  | EE6-8143953-9 | 9/21/2011 | TARF-P6239 ME 1.55CP |
| 299 |  | EE6-8143953-9 | 9/21/2011 | TARF-P7047 EM 3.7CP |
| 300 |  | EE6-8143953-9 | 9/21/2011 | TARF-P7047 EM 4CP |
| 301 |  | EE6-8143953-9 | 9/21/2011 | TDMR-AR87 LB 30CP |
| 302 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P308 EM 5.5CP |
| 303 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P501B PM 4CP |
| 304 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P6137 EL 8.7CP |
| 305 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P6158 EL 16.7CP |
| 306 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P6178F EL 6.8CP |
| 307 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P6178F EL 9CP |
| 308 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P6193 EL 11.8CP |
| 309 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P6193 EL 11.8CP |
| 310 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P7126 EL 11CP |
| 311 |  | EE6-8143953-9 | 9/21/2011 | TDUR-P7152 EL 7.8CP |
| 312 |  | EE6-8143953-9 | 9/21/2011 | TSMR-V50 EL 35CP |
| 313 |  | EE6-8143956-2 | 9/22/2011 | PMER P-CA 1000 |
| 314 |  | EE6-8143956-2 | 9/22/2011 | PMER P-CR4000 PM |
| 315 |  | EE6-8143956-2 | 9/22/2011 | TDMR-AR87 LB 48CP |
| 316 |  | EE6-8143956-2 | 9/22/2011 | TGMR-DP011 AE 80CP |
| 317 |  | EE6-8143956-2 | 9/22/2011 | THMR-IP5700 HP 14CP |
| 318 | * | EE6-8143956-2 | 9/22/2011 | TMMR P-W1000T PM |
| 319 | * | EE6-8143956-2 | 9/22/2011 | TMMR P-W1000T PM |
| 320 |  | EE6-8144012-3 | 9/22/2011 | EUVR-P |
| 321 |  | EE6-8144012-3 | 9/22/2011 | EUVR-P5037 PC |
| 322 |  | EE6-8144012-3 | 9/22/2011 | TArF-7a |
| 323 |  | EE6-8144012-3 | 9/22/2011 | TArF-7a-601 PH |
| 324 |  | EE6-8144012-3 | 9/22/2011 | TArF-ITTF-308 |
| 325 |  | EE6-8144012-3 | 9/22/2011 | TArF-ITTF-402 |
| 326 |  | EE6-8144204-6 | 9/28/2011 | EUVR-P |
| 327 |  | EE6-8144204-6 | 9/28/2011 | TArF-6a 1053PH |
| 328 |  | EE6-8144204-6 | 9/28/2011 | TArF-6a 1053PH |
| 329 |  | EE6-8144204-6 | 9/28/2011 | TArF-8a-126 PH |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.

**Court No 13-00214**
**Schedule B**
**Sorted by Entry Date**

|     | A | B | C | D |
|-----|---|---|---|---|
| 1 | | **Entry No** | **Entry Date** | **Description** |
| 330 | | EE6-8144204-6 | 9/28/2011 | TArF-8a-85 ME |
| 331 | | EE6-8144204-6 | 9/28/2011 | TARF-P6100 EM 4.2CP |
| 332 | | EE6-8144204-6 | 9/28/2011 | TARF-P6239 ME 1.75CP |
| 333 | | EE6-8144204-6 | 9/28/2011 | TARF-P6915 ME 1.41CP |
| 334 | | EE6-8144204-6 | 9/28/2011 | TARF-P6915 ME 1.41CP |
| 335 | | EE6-8144204-6 | 9/28/2011 | TARF-P7144 ME 1.8CP |
| 336 | | EE6-8144204-6 | 9/28/2011 | TARF-P7144 ME 1.8CP |
| 337 | | EE6-8144204-6 | 9/28/2011 | TARF-P8000S LP 2.1CP |
| 338 | | EE6-8144204-6 | 9/28/2011 | TCIR-ZR8690 PB 48CP |
| 339 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6159 EL 22CP |
| 340 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6178 EL 5.2CP |
| 341 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6178 EL 5.2CP |
| 342 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6178 EL 5.2CP |
| 343 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6178 EL 6.7CP |
| 344 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6178F EL 9CP |
| 345 | | EE6-8144204-6 | 9/28/2011 | TDUR-P6193 EL 11.8CP |
| 346 | | EE6-8144204-6 | 9/28/2011 | TDUR-P7147 EL 10.1CP |
| 347 | | EE6-8144204-6 | 9/28/2011 | TDUR-P7147 EL 10.1CP |
| 348 | | EE6-8144204-6 | 9/28/2011 | TDUR-P722 EL 11CP |
| 349 | | EE6-8144204-6 | 9/28/2011 | TDUR-P722D35 EL 5.3CP |
| 350 | | EE6-8144204-6 | 9/28/2011 | TDUR-P722D35 EL 5.3CP |
| 351 | | EE6-8144204-6 | 9/28/2011 | TGMR-DP011 AE 200CP |
| 352 | | EE6-8144204-6 | 9/28/2011 | THMR-IP2690 LB 48CP |
| 353 | | EE6-8144204-6 | 9/28/2011 | THMR-IP3100HS LB |
| 354 | | EE6-8144204-6 | 9/28/2011 | THMR-IP3100HS LB 15CP |
| 355 | | EE6-8144204-6 | 9/28/2011 | THMR-IP3500 HP 5CP |
| 356 | * | EE6-8144204-6 | 9/28/2011 | TMR-P15M4 PM 10.5CP |
| 357 | | EE6-8144204-6 | 9/28/2011 | TSMR-8900 MD-2 LB |
| 358 | | EE6-8144204-6 | 9/28/2011 | TSMR-IN032 MG 8.5CP |
| 359 | | EE6-8144233-5 | 9/28/2011 | TCIR-ZR8690 PB 48CP |
| 360 | | EE6-8144310-1 | 9/30/2011 | DP-6292 ME |
| 361 | | EE6-8144310-1 | 9/30/2011 | DP-6293 ME |
| 362 | | EE6-8144310-1 | 9/30/2011 | TArF-7a |
| 363 | | EE6-8144310-1 | 9/30/2011 | TArF-7a-592 PH |
| 364 | | EE6-8144310-1 | 9/30/2011 | TArF-MTIL-012 PH |

*All claims related to CAUT, ITKP, OEBR, SEP, TMMR and TMR photo resists on the commercial invoices are abandoned.